IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY MURRAY,

   Appellant,

v.             Case No.  5D22-1309
               LT Case No. 2013-CF-0589-A-X

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed June 13, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Jeremy Murray, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

JAY, HARRIS and SOUD, JJ., concur.